FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN SEXTON,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br><br>Defendant. | **8:26CV2**<br><br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on today's date, judgment is entered in favor of Plaintiff and against Defendant for attorneys' fees in the amount of $626.38.

Dated this 16th day of June, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge